■ MOHN SUPPLY COMPANY, INC., Appellant, v SISTERS OF ST. JOSEPH OF ROCHESTER, INC., Respondent. (Appeal No. 2.) — Appeal unanimously dismissed as moot. (Appeal from order of Monroe Supreme Court — discovery.) Present — Cardamone, J. P., Simons, Doerr and Witmer, JJ.

■ In the Matter of JOHN SCHMITT, Petitioner, v JOHN DILLON, as County Judge, et al., Respondents. — Application unanimously denied and petition dismissed, without costs. (Art 78.) Present — Cardamone, J. P., Simons, Schnepp, Doerr and Witmer, JJ.